IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMMIE JACKSON and ANITA SITES

    Plaintiff,

    v.

CITY OF YACHATS, a public entity,

    Defendant.
_____

Case No. 6:23-cv-00690-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 17), and the matter is now before this Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 17) is adopted in full.

IT IS SO ORDERED.

    DATED this 23rd day of February, 2024.

1 –ORDER

                                                                     s/Michael J. McShane  
                                                                     Michael McShane  
                                                                     United States District Judge

2 –ORDER